NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 05a0653n.06
Filed: August 2, 2005

No. 04-1790

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| JENNIFER ZIMMER-STEINHEBEL, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| COMCAST ADVERTISING SALES, INC., a | ) | EASTERN DISTRICT OF MICHIGAN |
| foreign corporation; COMCAST | ) | |
| CORPORATION, a foreign corporation; | ) | |
| BRENT GRAVES, an individual; CORKY | ) | |
| DAVIS, an individual; and MARILYN | ) | |
| SCLAFANI, an individual. | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

Before: DAUGHTREY and COOK, Circuit Judges; HOOD, District Judge.*

PER CURIAM. Jennifer Zimmer-Steinhebel appeals the district court's order granting summary judgment for Comcast Advertising Sales, Inc., Comcast Corporation, Brent Graves, Corky Davis, and Marilyn Sclafani. After reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.

---

*The Honorable Joseph M. Hood, United States District Judge for the Eastern District of Kentucky, sitting by designation.